RECEIVED
JUN 9 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

U.S. District Court          June 4, 2014
Southern District of Iowa    Page 1 of 9

under 42-U.S.C-Sub Section 1983

Kenneth Lee Doss #6951533

vs.

Iowa Dept. of Corrections,
Gaile Hukins, Sean Crawford, Shawn Howard, Kristie Weitzell, Dave Ferry, Pam Muller, Jori Miers, Stive Jankins, Horrald Murrin, Tarssa Johnson, Malissa Clark, Ranee Sneitzer, Michael Gonzalas, Jill Dersky, Kristia Andersen, Ellen Pollard;

RE: Petition for form of 1983, information on why, reasoning, what I am asking for etc., With trial order Attached, Request for Monatery Damages, and any other Relief the Courts deem nesaecry;

My Name is Kenneth Lee Doss #6951533 I am a inmate at Fort Dodge Correctional Facility, I am writing and filing this 1983, and sending a copy of my trial order, and giving some back ground on this stuff, and reasoning on why I am asking for Monatery Damages and any other relief that's allowable by law.

Page 2 of 9

I have trial in Warren County 5th District Court, on Jan. 22, 2015 at 9:30 a.m. Please see trial order Attached - import Reads...

Trial Scheduling Order:
Case No: 05911 PCCV035145
Date Petition Filed: 12/31/13

Case Type: PCR
Trial Type: Non-Jury
Expected Length of Trial: 2 Days
The amount in Controversy exceeds $10,000

This Trial is based on being 3½ to 4 yrs past my discharge date - under Dykstra and Rielly rulings from June 11, 2010, and some of Anderson ruling from 2011 - that put me this far 3½ to 4 yrs past my discharge date. Per-Iowa Code, D.O.C Policy, and due process rights.

Please see case for any other information you may need from this part of the case. Thank you. Along with Treatment issues etc.

I filed a 1983/Habeas Corpus on 7/22/2013 and on 8/2/2013 it was dismissed, I filed a Appeal 8/12/2013 - U.S. 8th Circuit Court

Page 3 of 9

... of Appeals Docketed the case on 9/13/2013, and dismissed for Lack of having Jurisdiction on 11/18/2013. Case #: 4:13-cv-00319-JAJ, U.S. 8th circuit case 13-3030.

When some other stuff happend, and also I was denied a Rehearing, I filed a Postconviction in my County - because when the U.S 8th Circuit Court of Appeals, dismissed for the reason they did I knew there was more to the reasoning. So I Petitioned my county for help.

This is why trial was set, and why it says Amount in Controversey exceeds $10,000 - because I have proven I am past my discharge date, and that many Laws have been violated in my sichuastion as well as DOC policies, and my rights.

I respectfully ask the court for a order of house arrest: Please see following on reasons:

Also - I am respectfully asking the courts for the following;

$2,200 aday for 3½ to 4yrs x's 15, until April 2, 2014 - to when I'm out I'm asking for $1,200 aday, Trial was set then on April 2, 2014 for Jan. 22, 2015. Proving I'm correct on these issues.

I ask for the follow reasons:

.... Other Then Past my discharge date, I have had my neck cut by my cellie, I have been assaulted 3 times by inmates quick from behind, I have been assaulted by a corrections Officer, I have been Locked up and Transferred over my Criminal case because my alleged Victum was on someones visiting List, I have been called a "child Malester" and "Ped" in Classification by a counselor not even on her case Load and I got in trouble for getting up-set and received a report and sancetions,

Report No: 20121013531- Hearing #: H20068274- the Greuinc officer, and Deputy Warden said that no inappropperut, or darogatory coment was made, and dismissed my greuinc,

I was also found guilty of a relationship with a female correctional officer based off of confidencail statements by other offenders with no statement from the female officer.

D.O.C/Prison has opened my Legal mail 2x's in 8 1/2 weeks, because they thought the female officer- that I wrote at her house, who made no statement, when the postmaster took it to the Shift Superviser, and not her house, was writing me in a Page County District court ....

...Letter, and Envelope - still no statement by the officer, with every report they are still taking earnd time, even after they know about trial being set, and violating my due-process right 41 days to see the A.L.J from Lockedup 16 days to get the report, 23 days to get a ruling from the A-L-J on the report hearing.

On top of all of this - I also have family issues - in short my mom is very sick, she has C.O.P.D and she's hospitalized over it alot, she can't come see me, I don't see my dad alot because he owns and works his own Federal Contracting company so he has not alot of time, I have not seen my mom sente June 4, 2012. Saw my dad 2 x's in 2013.

I have other family I have never seen, family I've lost, and family I would like to see and talk to them. My Family is very important to me. I have not seen most of them for 6½ to 7yrs.

With all of the above, I can't go back to the yard, due-to trial it's a security risk for me to go - due-to the sircumstants of the...

Page 6 of 9

... case at hand, and the issues in said case. Even if I could go back to the yard I still have around 4 to 5 more months of lock-up to do that puts me out on the yard 2x's a day in Dec. But the Doc/Prison will not let me go to the yard.

On top of this stuff listed, my criminal Habeas Corpus has been in front of the Judges for over 75 days. I was told by a Attorney that's a very good sign, on a Pro-se motion - when the state asked for motion to dismiss.

All of the above is also - why I am also requesting a order for house arrest. My Parents will allow me to stay with them, I also have 2 other Places I can stay. With this order if the Courts will grant it, I would also like to be able to work, I have some Job leads - I can work 2nd or 3rd shift some places, I also can work hulling stuff for my Farther, there's farm work I can do, theres Hy-Vee will let me work, so I have the opptions. Thats if the court will allow me to be put on strict house arrest, work and supervised by Warren County officals.

Page 7 of 9

... I do respectfully ask the courts to inter a order allowing me to be placed on house arrest under the sircumstantses I beleave I can and do meet the criteria for this.

    I also - respectfully ask the courts to inter a order on the Monatery damages I meet Max companstion x's I beleave 25 or 30 - I Know I meet over $3000 a day close to $5,000 a day.

    I Respectfully ask the courts to inter a order for $2,200 a day x's 15 for 3½ to 4 yrs.

    Also - I respectfully ask the courts to inter a order for $1,200 a day from April 2, 2014 to the date when I am releast from the D.O.C.

    I am not asking the court to give my time back, my county has/and will do that and make it offical Jan. 22, 2015. They have said I was right/correct based apown the Trial order.

The Courts now have the Jurisdiction to order the relief I am requesting under this form /action 1983 - due to my county has said I do and will receive my time back.

And I am not asking the courts to grant my time back - I asking for monatery Damages and a injucitive relief under the house arrest request, that I do meet the qualifications for.

I have now previed the courts with the proff I will/am getting my time back-per the Aug. 1, 2013 order- on Page 4, 3rd peragraph of Judge-John A. Jarvey' ruling.

Please see order from that date, as well as Trial order set Jan. 22, 2015 - attached.

Therefore I respectfully request the courts to grant this 1983 and the requestes under it, of the $2,200 a day x's 15 for 3½ to 4 yrs, $1,200 a day from April 2, 2014 to when the time comes for my release and a order of house arrest under the sircoumstantes, and any strict coitircathe courts deem fit in order to do so.

Wherefore I also ask to courts to issue a order of any other relief the courts deem to be nessacery in the intrist of Judice.

Page 9 of 9

Also - For the Knowlage of the Courts the Prison has done and compleated my NCIC check, I don't know why, but they did. I can't get any one to tell me. I did think the Courts should know that, that was done and I have been cleared - Please see brakedown on how 3½ to 4yrs work out.

I hope and Pray that, the Courts will grant this 1983 form and the requests under it.

Thank You!

Respectfully Submitted,

Ken L. Doss #6951533

Ken L. Doss
#6951533
Fort Dodge Correctional Facility
1550 "L" Street
Fort Dodge, Iowa
50501